# Exhibit B

IN THE SUPERIOR COURT OF FORSYTH COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **Cobrey Bennett and Maryam Bennett,** ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **Ocwen Loan Servicing,** ) <br> ) <br> Defendant. ) <br> ) | Civil File No.: 15CV-2019-2 |

## NOTICE OF FILING NOTICE OF REMOVAL

Notice is hereby given that, pursuant to the provisions of 28 U.S.C. §§ 1441 *et seq.*, Defendant Ocwen Loan Servicing, LLC, has on the 28th day of October, 2015, filed with the Clerk of the United States District Court for the Northern District of Georgia, Gainesville Division, a notice of removal of Civil Action File No. 15CV-2019-2 from the Superior Court of Forsyth County, Georgia, to the United States District Court for the Northern District of Georgia, Gainesville Division. A copy of said Notice of Removal is attached hereto as Exhibit A.

DATED this 28th day of October, 2015.

Respectfully submitted,

/s/ Keith S. Anderson

Keith S. Anderson (GA Bar No. 136246)
Bradley Arant Boult Cummings, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
kanderson@babc.com

A. Michelle Canter (GA Bar No. 108097)

1

4720 Peachtree Industrial Blvd, #106
Norcross, GA 30071
Telephone: (678) 496-2580
Facsimile: (205) 521-8800
Email: mcanter@babc.com
mcanter@babc.com
Attorneys for Defendant Ocwen Loan Servicing, LLC

IN THE SUPERIOR COURT OF FORSYTH COUNTY
STATE OF GEORGIA

| | |
|---|---|
| Cobrey Bennett and Maryam Bennett, | ) ) ) |
| Plaintiffs, | ) ) Civil File No.: 15CV-2019-2 |
| v. | ) ) ) |
| Ocwen Loan Servicing, | ) ) |
| Defendant. | ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2015, I served a copy of the foregoing via United States Mail, first-class postage prepaid and addressed to their regular mailing address, to the following:

Cobrey and Maryam Bennett
965 Summerfield Drive
Cumming, GA 33040

_____
Counsel

3